IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | |
|---|---|
| MAX'IS CREATIONS INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 0:22-cv-60767-RAR |
| JD.COM, INC. and JD E-COMMERCE AMERICA LIMITED | ) |
| Defendants. | ) |

**DEFENDANT JD E-COMMERCE AMERICA LIMITED'S**
**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**
**STATEMENT**

Defendant JD E-Commerce America Limited ("Defendant"), by and through its undersigned counsel, hereby files Defendant's Certificate of Interested Parties and Corporate Disclosure Statement as follows:

I hereby disclose the following:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and coproration that has or may have a financial interest in the outcome of this case – including subsidiaries, conglmerates, affiliates, parent corporations, publicly-traded companies that own ten percent or more of a party's stock, and other identifiable legal entities related to any party in this case:

- Max'Is Creations Inc., Plaintiff
- SRIPLAW, P.A., Counsel for Plaintiff
- JD E-Commerce America Limited, Defendant

129420975

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditor's committee, the twenty largest unsecured creditors) in bankruptcy cases:

    None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediatley notify the Court in writing on learning of any such conflict.

    Respectfully submitted,

Dated: September 2, 2022

**BLANK ROME LLP**

*s/ Maria K. Vigilante*
Maria K. Vigilante (Florida Bar No. 98822)
500 East Broward Boulevard, Suite 2100
Fort Lauderdale, Florida 33394
Phone: (954) 512-1809
Fax: (813) 433-5564
Email: Maria.Vigilante@BlankRome.com

Mike Margolis (Admitted *pro hac vice*)
E-mail: Mike.Margolis@blankrome.com
**BLANK ROME LLP**
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Phone: (424) 239-3839

*Counsel for Defendant* JD E-Commerce America Limited

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and served on September 2, 2022, with the Clerk of Court using CM/ECF to all counsel of record.

/s/ *Maria K. Vigilante*
Maria K. Vigilante
Florida Bar No. 98822