UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:22-cv-60767-RAR

MAX'IS CREATIONS INC.,

      Plaintiff,

v.

JD E-COMMERCE AMERICA LIMITED,

      Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff MAX'IS CREATIONS INC. and Defendant JD E-COMMERCE AMERICA LIMITED, by and through their undersigned counsel, and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby notify the Court that the parties have reached a settlement and request until December 15, 2022 in which to file a Stipulation of Dismissal.

Dated:  November 7, 2022                Respectfully submitted,

| | |
|---|---|
| */s/ Angela M. Nieves* <br> ANGELA M. NIEVES <br> Florida Bar Number:  1032760 <br> angela.nieves@sriplaw.com <br> JOEL B. ROTHMAN <br> Florida Bar Number:  98220 <br> joel.rothman@sriplaw.com <br> CRAIG A. WIRTH <br> Florida Bar Number:  125322 <br> craig.wirth@sriplaw.com <br> LAYLA T. NGUYEN <br> Florida Bar Number:  1024723 <br> layla.nguyen@sriplaw.com <br><br> **SRIPLAW, P.A.** <br> 21301 Powerline Road | */s/ Maria K. Vigilante* <br> MARIA K. VIGILANTE <br> Florida Bar No. <br> maria.vigilante@blankrome.com <br><br> **BLANK ROME LLP** <br> 500 E. Broward Boulevard <br> Suite 2100 <br> Fort Lauderdale, FL 33394 <br> (954) 512-1809 - Telephone <br> (954) 512-1818 - Facsimile <br><br> *Counsel for Defendant JD E-Commerce America Limited* |

Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Max'is Creations Inc.*